No. 17,570.

JOHN D. REDD AND KERMIT REDD *v.* U. A. SMALL.

(283 P. [2d] 949)

Decided May 23, 1955.

Messrs. MOYNIHAN, HUGHES & BJELLAND, for plaintiffs in error.

Messrs. BROOKS & MILLER, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.